UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STATE OF NEW YORK<br>*ex rel.* KHANZADIAN, | )<br>)<br>) | Civ. A. No.: 5:17-cv-742<br>(LEK/ATB) |
| Plaintiff, | )<br>) | (Lead Case) |
| v. | )<br>) | |
| PURDUE PHARMA, INC., et al., | )<br>) | |
| Defendants. | ) | |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
NOV 30 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* KHANZADIAN, | )<br>)<br>) | Civ. A. No.: 5:17-cv-743<br>(LEK/ATB) |
| Plaintiff, | )<br>) | (Member Case) |
| v. | )<br>) | |
| PURDUE PHARMA, INC., et al., | )<br>) | |
| Defendants. | ) | |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF FALSE CLAIMS ACT CASES UPON CONSENT OF THE UNITED STATES AND THE STATE OF NEW YORK

WHEREAS, on or about July 7, 2017, Relator filed the above-captioned *qui tam* actions under seal pursuant to the federal False Claims Act, 31 U.S.C. § 3729, *et seq.*, and the New York False Claims Act, N.Y. State Fin. Law § 187, *et seq.*;

WHEREAS, the Court consolidated these actions by Order dated October 2, 2017;

WHEREAS, the State of New York consents to the dismissal of Case No. 5:17-cv-742 without prejudice to the State of New York, pursuant to N.Y. State Fin. Law § 190(5)(a);

WHEREAS, the United States consents to the dismissal of Case No. 5:17-cv-743 without prejudice to the United States, pursuant to 31 U.S.C. § 3730(b)(1);

WHEREAS, Relator wishes to voluntarily dismiss these actions pursuant to the Federal Rule of Civil Procedure 41(a)(1) without prejudice to the United States, the State of New York, and Relator;

NOW, THEREFORE, it is hereby stipulated and ORDERED that:

1. Case No. 5:17-cv-742 (LEK/ATB) is dismissed in its entirety without prejudice to the State of New York and Relator;

2. Case No. 5:17-cv-743 (LEK/ATB) is dismissed in its entirety without prejudice to the United States and Relator;

3. This Stipulation and Order shall be entered on the docket of case No. 5:17-cv-742 (LEK/ATB) and case No. 5:17-cv-743 (LEK/ATB), and each case shall be closed.

4. Upon entry of this Order, the seal shall be lifted with respect to all filings in these cases (including this Order) except for the United States' Motion to Extend Time to Intervene (Dkt. # 6 in 5:17-cv-743), which reflects confidential information concerning the government's investigation.

CHAD A. READLER
Acting Assistant Attorney General

GRANT C. JAQUITH
Acting United States Attorney

Michael D. Gadarian
Assistant United States Attorney
United States Attorney's Office for
The Northern District of New York

100 S. Clinton Street
Syracuse, New York 13261-7198
Bar Roll No. 517198

Michael D. Granston
Andy J. Mao
Natalie A. Priddy
601 D Street NW, Room 9008
Washington, DC 20004
(202) 616-2964

*Attorneys for the United States*

ERIC T. SCHNEIDERMAN
New York Attorney General

_____
Paul R. Berry
Special Assistant Attorney General

*Attorneys for the State of New York*


FOR THE RELATOR

_____
Louis Brindisi (#1610096)
Brindisi, Murad, Brindisi & Perlman, LLP

_____
John C. Cherundolo (#101339)
Robin C. Zimpel-Fontaine (#518499)
Cherundolo Law Firm, PLLC

*Attorneys for Relator*


IT IS SO ORDERED:

_____
Hon. Lawrence E. Kahn
Senior United States District Judge

Nov 30,
Dated: October ___, 2017